IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERFACE, INC.; INTERFACE AMERICAS, INC.; INTERFACEFLOR LLC; and FLOR, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE |
| v. | ) ) | NO. 4:13-cv-00047-WSD |
| J&J INDUSTRIES, INC., | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

## ANSWER TO COUNTERCLAIMS OF DEFENDANT J&J INDUSTRIES, INC.

Plaintiffs Interface, Inc., Interface Americas, Inc., InterfaceFlor LLC, and FLOR, Inc. (collectively "Plaintiff" or "Interface") hereby submit its Answer to the Counterclaims of Defendant J&J Industries, Inc. ("J&J"). Interface denies each and every allegation and characterization set forth in the Counterclaims unless expressly admitted here. Interface responds to each paragraph of the Counterclaims as follows:

## NATURE OF ACTION

1.      Interface admits that the Counterclaims purport to assert an action for a judgment declaring U.S. Patent No. 8,381,473 ("the '473 Patent") invalid and not infringed.  Interface denies any allegation that the '473 is invalid or not infringed.  Interface otherwise denies the allegations of Paragraph 1.

## THE PARTIES

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

## JURISDICTION AND VENUE

7.      Interface admits that the Counterclaims purport to invoke the patent laws of the United States, 35 U.S.C. §§ 101 *et seq*.  Interface admits that the Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Interface otherwise denies the allegations of Paragraph 7.

8.      Interface admits that an actual and justiciable controversy exists between J&J and Interface with respect to the '473 Patent.  Interface otherwise denies the allegations of Paragraph 8.

9. Interface admits that the Court has personal jurisdiction over Interface. Interface otherwise denies the allegations of Paragraph 9.

10. Interface admits that venue is proper in this district. Interface otherwise denies the allegations of Paragraph 10.

## FIRST COUNTERCLAIM

11. Interface repeats and realleges its responses to Paragraphs 1–10 above as if set forth herein.

12. Interface admits that an actual and justiciable controversy exists between J&J and Interface with respect to the '473 Patent. Interface otherwise denies the allegations of Paragraph 12.

13. Interface denies the allegations of Paragraph 13 of the Counterclaims.

## SECOND COUNTERCLAIM

14. Interface repeats and realleges its responses to Paragraphs 1–13 above as if set forth herein.

15. Interface admits that an actual and justiciable controversy exists between J&J and Interface with respect to the '473 Patent. Interface otherwise denies the allegations of Paragraph 15.

16. Interface denies the allegations of Paragraph 16 of the Counterclaims.

## PRAYER FOR RELIEF

Interface denies that J&J is entitled to any of the relief requested in J&J's Prayer for Relief.

## JURY DEMAND

Interface also requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Respectfully submitted, this 30th day of May, 2013.

|  |  |
|---|---|
|  | /s/ Matthew M. Lubozynski<br>William H. Boice<br>Georgia Bar No. 065725<br>Candice Decaire<br>Georgia Bar No. 209815<br>Matthew M. Lubozynski |
| OF COUNSEL: | Georgia Bar No. 140968<br>Joshua H. Lee |
| Kevin C. Gallagher<br>Georgia Bar No. 282855<br>INTERFACE, INC.<br>Suite 2000<br>2859 Paces Ferry Rd.<br>Atlanta, Georgia  30339<br>(770) 437-6867 | Georgia Bar No. 489842<br>KILPATRICK TOWNSEND &<br>STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, Georgia  30309-4530<br>Phone: (404) 815-6500<br>Fax: (404) 815-6555 |
|  | ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 30th day of May, 2013.

/s/ Matthew M. Lubozynski  
Matthew M. Lubozynski  
Georgia Bar No. 140968
