IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| INTERFACE, INC.; INTERFACE AMERICAS, INC.; INTERFACEFLOR LLC; and FLOR, INC., | ) ) ) ) ) | |
| Plaintiffs and Counterclaim-Defendants, | ) ) ) | CIVIL ACTION FILE NO.4:13-cv-00047-WSD |
| v. | ) ) | |
| J&J INDUSTRIES, INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## [PROPOSED] ORDER

Plaintiffs and Counterclaim-Defendants Interface, Inc., Interface Americas Inc., InterfaceFlor LLC, and Flor, Inc. ("Interface") and Defendant and Counterclaimant J&J Industries, Inc. ("J&J") jointly stipulated to set certain deadlines under the Patent Local Rules in light of the status conference with the Court on September 12, 2013 (*see* Dkt. No. 36, Minute Entry). The parties have agreed to the proposed deadlines, and the Court has found that good cause exists to GRANT the Joint Stipulation.

It is ORDERED that the Joint Stipulation to Set Claim Construction Deadlines Under the Patent Local Rules is hereby GRANTED:

| EVENT | DATE |
|---|---|
| Defendant's Disclosure of Invalidity Contentions Due | October 4, 2013 |
| Defendant's Response to Infringement Contentions Due | October 4, 2013 |
| Exchange of Proposed Terms for Claim Construction | October 11, 2013 |
| Exchange of Preliminary Constructions and Preliminary Identification of Extrinsic Evidence | October 31, 2013 |
| Joint Claim Construction Statement | November 20, 2013 |
| End of Claim Construction Discovery | December 5, 2013 |
| Simultaneous Opening Claim Construction Briefs Due | December 20, 2013 |
| Simultaneous Responsive Claim Construction Briefs Due | January 9, 2014 |

IT IS SO ORDERED this 3rd day of October, 2013.

_____
WILLIAM S. DUFFEY, JR.
United States District Judge